UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

D-1   FAOUZI AYOUB,
a/k/a Frank Mariano Boschi,

Defendant.

_____/

Case: 2:09-cr-20367
Judge: Tarnow, Arthur J
MJ: Whalen, R. Steven
Filed: 08-05-2009 At 09:16 AM
SEALED MATTER (KB)

### MOTION TO SEAL INDICTMENT AND ARREST WARRANT

THE UNITED STATES OF AMERICA respectfully requests that the indictment

and arrest warrant in this case be sealed for the following reasons:

1.     That the United States is apprehensive that the defendant may flee
       the jurisdiction upon becoming aware that an indictment has been
       returned.

2.     That the United States is apprehensive that there is danger of harm
       to potential government witnesses if the defendant become aware
       of the indictment prior to arrest.

Respectfully submitted,

TERENCE BERG
United States Attorney

JONATHAN TUKEL
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
(313) 226-9749

DATED: August 05, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

D-1   FAOUZI AYOUB,
a/k/a Frank Mariano Boschi,

Defendant.

_____/

Case:2:09-cr-20367
Judge: Tarnow, Arthur J
MJ: Whalen, R. Steven
Filed: 08-05-2009 At 09:16 AM
SEALED MATTER (KB)

## ORDER TO SEAL INDICTMENT AND ARREST WARRANT

The Government having moved to seal indictment and arrest warrant filed

August 5, 2009, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that said documents be sealed and maintained in a

safe place and not be opened unless by further Order of this Court.

R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

DATED:   8/5/09