*3*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

D-1   FAOUZI AYOUB,
        a/k/a Frank Mariano Boschi,

Defendant.

_____/

CRIMINAL NO. 09-20367

HONORABLE ARTHUR J. TARNOW



FILED

JUL ~ 1 2011

CLERK'S OFFICE
DETROIT

## MOTION AND BRIEF TO UNSEAL INDICTMENT AND ARREST WARRANT

The United States of America hereby moves for an order unsealing the Indictment in this case, and states:

1.  The Indictment in this case charges the defendant Faouzi Ayoub with one count of Passport Fraud to Facilitate an Act of International Terrorism, in violation of 18 U.S.C. § 1543.

2.  Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3.  The government requests that the Indictment and Arrest Warrant be unsealed because the defendant has been placed on the FBI's Most Wanted Terrorists list, and there is no longer a need to keep the fact of his indictment out of the public record.

WHEREFORE, the government requests this Court to issue an order unsealing the

Indictment and Arrest Warrant.

Respectfully submitted,

BARBARA L. MCQUADE
United States Attorney

JONATHAN TUKEL
Assistant U.S. Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9749
jonathan.tukel@usdoj.gov

Dated: June 30, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

CRIMINAL NO. 09-20367

Plaintiff,

HONORABLE ARTHUR J. TARNOW

-vs-

D-1   FAOUZI AYOUB,
a/k/a Frank Mariano Boschi,

Defendant.



F I L E D
JUL - 1 2011
CLERK'S OFFICE
DETROIT

_____/

## ORDER TO UNSEAL INDICTMENT AND ARREST WARRANT

This matter coming before the Court on the government's motion, for the reasons

stated in the motion, the motion is granted, and it is hereby ordered that the Indictment

and Arrest Warrant in this case be unsealed.

HONORABLE LAURIE MICHELSON
*United States Magistrate Judge*

Dated: 7/1/11