UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

D-1    FAOUZI AYOUB,
       a/k/a Frank Mariano Boschi,

Defendant.

CRIMINAL NO.

HONORABLE

VIO: 18 U.S.C. § 1543

Case:2:09-cr-20367
Judge: Tarnow, Arthur J
MJ: Whalen, R. Steven
Filed: 08-05-2009 At 04:52 PM
SEALED MATTER (KB)

_____/

## INDICTMENT

THE GRAND JURY CHARGES:

(Count One – Passport Fraud
18 U.S.C. § 1543)

1.    Venue is proper in this district pursuant to 18 U.S.C. § 3238, the district of the last known residence of Defendant Faouzi Ayoub in the United States.

2.    On or about October 8, 2000, said date being approximate, within the extraterritorial jurisdiction of the United States, Defendant Faouzi Ayoub, also known as Frank Mariano Boschi, wilfully and knowingly used and attempted to use a false, forged, or counterfeit United States Passport, carrying the false passport number 196996130, in the false name of Frank Mariano Boschi, in order to gain admittance into the State of Israel for the purpose of conducting a bombing on behalf of the Designated Terrorist Organization Hizballah.

In violation of Section 1543 of Title 18, United States Code.

THIS IS A TRUE BILL

s/Grand Jury Foreperson
FOREPERSON


TERRENCE BERG
United States Attorney


s/Jonathan Tukel
JONATHAN TUKEL (P41642)
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9749
Email: jonathan.tukel@usdoj.gov


Dated: August 5, 2009

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov** | Case:2:09-cr-20367<br>Judge: Tarnow, Arthur J<br>MJ: Whalen, R. Steven<br>Filed: 08-05-2009 At 04:52 PM<br>SEALED MATTER (KB) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to com

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:**  JT |

**Case Title:** USA v.   FAOUZI AYOUB a/k/a Frank Mariano Boschi,

**County where offense occurred :**   Wayne

**Check One:**      ☒ **Felony**                    ☐ **Misdemeanor**                    ☐ **Petty**

___X___Indictment/_____Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [Case number: ]
_____Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

# Superseding Case Information:

**Superseding to Case No:** _____          **Judge:** _____

☐   Original case was terminated; no additional charges or defendants.
☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

___August 05, 2009___
Date

JONATHAN TUKEL
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9749
Fax: (313) 226-3413
E-Mail address:  jonathan.tukel@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated                5/20/04