UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,      CRIMINAL NO: 2:-09-cr-20367

       Plaintiff,      HONORABLE ARTHUR J. TARNOW

    v.

D-1   FAOUZI AYOUB,

    a/k/a Frank Mariano Boschi,

      Defendant.
_____/

## ORDER DISMISSING INDICTMENT AND CANCELING ARREST WARRANT

Based on the government's motion and the fact that Defendant Faouzi

Ayoub has died, the indictment is hereby dismissed and the arrest warrant hereby

canceled.

IT IS SO ORDERED.

             s/Arthur J. Tarnow
             HONORABLE ARTHUR J. TARNOW
             United States District Judge

Dated: March 30, 2015